# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC, on its own behalf and as assignee and subrogee of Bonduelle USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AWAN TRANSPORT, LLC, <br><br> Defendant. | Court No.: <br><br> Judge: <br><br> **Jury Trial Demanded** |

## COMPLAINT

NOW COMES the Plaintiff, COYOTE LOGISTICS, LLC ("Plaintiff") by and through its attorneys, CANTY NOVY BERTKAU GORDON, LLC, and as and for its Complaint against Defendant, AWAN TRANSPORT, LLC ("AWAN TRANSPORT"), states as follows:

## THE PARTIES

1. At all times relevant, Plaintiff was a Limited Liability Company authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by motor carrier in interstate and foreign commerce with its principal place of business in Chicago, Illinois.

2. At all times relevant, AWAN TRANSPORT was an Ohio limited liability company and federally authorized motor carrier providing transportation services in interstate commerce throughout the United States with its principal place of business in Hilliard, Ohio.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, 49 U.S.C. § 14706 as the claim for relief is premised in the liability of motor carriers transporting freight in interstate

commerce and which conduct business in this District.

4. Venue is also appropriate in this District because Plaintiff and AWAN TRANSPORT entered into a Broker-Carrier Agreement in effect at the time of the incident that requires all legal actions between Plaintiff and AWAN TRANSPORT to be brought and maintained in Cook County, Illinois. A true and correct copy of the Broker-Carrier Agreement is attached hereto as Exhibit 1.

## THE INCIDENT AND CARGO CLAIM

5. On or about November 16, 2022, Plaintiff, in its capacity as a freight broker, on behalf of its customer, Bonduelle USA ("Bonduelle"), tendered a shipment of foodstuffs (frozen vegetables) to AWAN TRANSPORT for transportation in interstate commerce from Cold Chain Solutions in Laredo, Texas to Bonduelle/Nortera Foods USA Inc in Brockport, New York.

6. At the time the shipment was tendered to and received by AWAN TRANSPORT it was in good order and condition as acknowledged on the Bill of Lading issued for the shipment.

7. Pursuant to the Bill of Lading for the subject shipment, the Carrier acknowledged upon pickup of the foodstuffs that the trailer's temperature set point was -10 degrees Fahrenheit or lower.

8. During transit, the tractor-trailer was involved in a bridge-strike incident, which created a large hole in the roof of the trailer, through which debris entered the trailer.

9. Upon arrival at the facility, the trailer revealed debris littering the cargo, the temperature was not maintained due to the hole in the trailer, and the foodstuffs were refused as contaminated and unusable.

10. The value of the contaminated foodstuffs, as shown on the purchase invoice issued by Nortera Foods/Bonduelle, was $35,250.66.

11. Plaintiff has paid Nortera Foods/Bonduelle, the customer/owner of the shipment $35,250.66 in exchange for the assignment of all of its rights, title, and interest in the shipment and claim for prosecution and collection of the cargo loss. (*See* Assignment of Claim, attached hereto as Exhibit 2).

## **COUNT I- CARMACK AMENDMENT LIABILITY**

12. Plaintiff Restates and re-alleges Paragraphs 1-11 as Paragraph 12 as if fully set forth herein.

13. The subject shipment involves the transportation of goods by motor carrier in interstate commerce.

14. On or about November 12, 2022, AWAN TRANSPORT received and accepted the subject shipment in good order and condition and suitable in every respect for the subject transportation.

15. Due to the failure to ship the load of foodstuffs at the required temperature, which resulted in loss to the shipment, AWAN TRANSPORT failed to deliver the shipment in good order and condition to the consignee, Bonduelle.

16. Pursuant to 49 U.S.C. § 14706 (the "Carmack Amendment"), AWAN TRANSPORT, the motor carrier, is liable for damages for the loss to the shipment and consequential damages.

17. Plaintiff, as the assignee of the claim, demanded, and continues to demand, payment for the cargo loss and consequential damages from AWAN TRANSPORT.

18. To date, AWAN TRANSPORT has failed to remit payment to Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $35,250.66 against Defendant,

AWAN TRANSPORT, LLC, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

## COUNT II - BREACH OF INDEMNIFICATION AGREEMENT – IN THE ALTERNATIVE

19. Plaintiff restates and re-alleges Paragraphs 1-11 as Paragraph 19 as if fully set forth herein.

20. At all times relevant, there was a Broker-Carrier Agreement entered into between Plaintiff and AWAN TRANSPORT. *See* Ex. 1.

21. At all times relevant, Plaintiff performed all conditions precedent to the Agreement.

22. Paragraph 12 of the Broker-Carrier Agreement requires AWAN TRANSPORT to be responsible for and to defend and indemnify Plaintiff against all claims, including losses or damages to cargo shipped under the Broker-Carrier Agreement. *See* Ex. 1 at ¶ 12.

23. Plaintiff demanded, and continues to demand, that AWAN TRANSPORT indemnify Plaintiff in the amount of $35,250.66.

24. AWAN TRANSPORT is in breach of its agreement with Plaintiff, by failing to indemnify Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $35,250.66 against Defendant, AWAN TRANSPORT, LLC, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

Dated this 2nd day of May, 2023

Respectfully Submitted,

Plaintiff, COYOTE LOGISTICS, LLC

/S/ *Nicky M. Priovolos*
One Of Its Attorneys
CANTY NOVY BERTKAU GORDON, LLC

Nicky M. Priovolos (ARDC #6321326)
Bradley A. Bertkau (ARDC #6295889)
Canty Novy Bertkau Gordon, LLC
65 E. Wacker Place #1220
Chicago, IL 60601
P: (847) 625-8200
F: (847) 625-8262
Service@cnbglaw.com

5